587 A.2d 625

IN THE MATTER OF THOMAS M. KEARNEY, AN
ATTORNEY AT LAW.

March 27, 1991.

## ORDER

THOMAS M. KEARNEY, of MONTVALE who was admitted
to the bar of this State in 1984, having been Ordered to Show
Cause on March 25, 1991, why this Court's Order of temporary
suspension should not be continued pending the disposition of
ethics proceedings against him, and respondent having failed to
appear on the return date of the Order to Show Cause;

It is ORDERED that the suspension of THOMAS M. KEAR-
NEY shall continue pending further Order of this Court; and it
is further

ORDERED that respondent shall continue to be restrained
and enjoined from practicing law during the period of his
suspension and that he shall continue to comply with Regula-
tion 23 of the Administrative Guidelines Governing Suspended
Attorneys; and it is further

ORDERED that the Office of Attorney Ethics shall take such
protective action pursuant to *Rule* 1:20–11(c) as it deems appro-
priate, including the transfer to the Clerk of the Superior Court
for deposit in the Superior Court Trust Fund the attorney
account funds held in any financial institution by THOMAS M.
KEARNEY, which funds were restrained from disbursement
by this Court's Order of March 14, 1991.